IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

CRAIG MILLER,

                Plaintiff,

  v.                                    ORDER

STATE OF WISCONSIN,                07-cv-567-jcs

                Defendant.
_____

    Plaintiff asks the Court to clarify that all of his cases in this Court are his cases whether they refer to him as plaintiff or petitioner or to him as Craig Miller or Craig L. Miller.  This motion will be denied as unnecessary.

ORDER

    IT IS ORDERED that plaintiff's motion to clarify the record is DENIED as unnecessary.

    Entered this 29th day of November, 2007.

                                BY THE COURT:

                                /s/

                              _____
                              JOHN C. SHABAZ
                              District Judge