IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

CRAIG MILLER,

        Plaintiff,

v.                                 ORDER

STATE OF WISCONSIN,            07-cv-567-jcs

        Defendant.
_____

    Plaintiff moves to clarify the briefing schedule. A scheduling order will be entered in the above entitled matter when a responsive pleading is filed.

ORDER

    IT IS ORDERED that plaintiff's motion to clarify the briefing schedule is GRANTED as described herein.

    Entered this 12th day of December, 2007.

                          BY THE COURT:

                              /s/

                        _____
                        JOHN C. SHABAZ
                        District Judge