IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

CRAIG MILLER,

                Plaintiff,

  v.                                      ORDER

                                          07-cv-567-jcs

STATE OF WISCONSIN,

                Defendant.
_____

    On November 29, 2007 plaintiff's motion to clarify the record was denied as unnecessary. On December 27, 2007 plaintiff moved reconsideration. The Court will grant reconsideration and clarify that Craig Miller and Craig L. Miller are the same person.


ORDER

    IT IS ORDERED that plaintiff's motion for reconsideration is GRANTED and the Court clarifies that Craig Miller and Craig L. Miller are the same person.

    Entered this 2nd day of January, 2008.

                                    BY THE COURT:

                                    /s/
                                  _____
                                  JOHN C. SHABAZ
                                  District Judge

Case: 3:07-cv-00567-bbc   Document #: 33   Filed: 01/02/08   Page 2 of 2