# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

CRAIG MILLER,

      Plaintiff,

v.

STATE OF WISCONSIN,

      Defendant.

JUDGMENT IN A CIVIL CASE

Case No.: 07-cv-567-jcs

This action came for consideration before the court with DISTRICT JUDGE JOHN C. SHABAZ presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT AGAINST PLAINTIFF DISMISSING HIS COMPLAINT AND ALL CLAIMS CONTAINED THEREIN WITH PREJUDICE AND COSTS.

Approved as to form this 28th day of January, 2008.

_____
JOHN C. SHABAZ
DISTRICT JUDGE

**THERESA M. OWENS**

Theresa M. Owens, Clerk

L. Jensen
by Deputy Clerk

1-29-08
Date